IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03037-AP

RAEANN SANDOVAL

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,[1]

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1.**     **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
(303)534-1954
(303)534-1949 (fax)
joe@RMDLG.com

<u>For Defendant</u>:
Jessica Milano
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration

---

[1]  Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1001 17th Street
Denver, CO 80202
(303) 844-7136
(303) 844-0770 (fax)
jessica.milano@ssa.gov

## 2.      STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.      DATES OF FILING OF RELEVANT PLEADINGS

**A.      Date Complaint Was Filed:**  November 19, 2012

**B.      Date Complaint  Was Served on U.S. Attorney's Office:**  December 26, 2012

**C.      Date Answer and Administrative Record Were Filed:**  February 25, 2013

## 4.      STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

## 5.      STATEMENT REGARDING ADDITIONAL EVIDENCE

Neither party intends to submit additional evidence.

## 6.      STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

## 7.      OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.  This case is not on appeal from a decision issued on remand from this Court.

**8.   BRIEFING SCHEDULE**

Counsel for both parties conferred and agreed upon the following proposed briefing schedule:

**A.   Plaintiff's Opening Brief Due:**  April 29, 2013

**B.   Defendant's Response Brief Due:**  May 29, 2013

**C.   Plaintiff's Reply Brief (If Any) Due:**  June 13, 2013

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

**A.   Plaintiff's Statement:**  Plaintiff does not request oral argument.

**B.   Defendant's Statement:**  Defendant does not request oral argument.

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

**A.   (  )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.   (XX)   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

***The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.***

DATED this <u>19th</u> day of <u>March</u>, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

- 3 -

APPROVED:

s/_____          JOHN F. WALSH
Joseph A. Whitcomb, Esq.               United States Attorney
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705            J. BENEDICT GARCÍA
Denver, CO 80204                       Assistant United States Attorney
(303)534-1954                          United States Attorney's Office
(303)534-1949 (fax)                    District of Colorado
joe@RMDLG.com

Attorney for Plaintiff                 s/ Jessica Milano_____
                                       Jessica Milano
                                       Special Assistant United States Attorney
                                       1001 17th Street
                                       Denver, CO 80202
                                       (303) 844-7136
                                       (303) 844-0770 (fax)
                                       jessica.milano@ssa.gov

                                       Attorneys for Defendant